UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-01934 |
| WAYNE MACK, *et al*, | § § § | |
| Defendants. | § | |

## ORDER

On September 10, 2019, defendant, Judge Wayne Mack in his individual capacity, filed his unopposed motion for clarification, that the docket be updated to reflect that Ms. Ho, Mr. Hubbard, Mr. Ehrett, and Mr. Berry represent Judge Mack only in his individual capacity (Dkt. No. 15). After having considered that motion, the Court ORDERS that Judge Wayne Mack in his individual capacity, unopposed motion for clarification is **GRANTED**.

It is so **ORDERED**.

SIGNED on this 24th day of September, 2019.

_____
Kenneth M. Hoyt
United States District Judge