IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC. and JOHN ROE, | § § § § § | |
| *Plaintiffs,* | | |
| v. | § § § | CASE NO. 4:19-cv-01934 |
| WAYNE MACK, in his personal capacity and in his official judicial capacity on behalf of the State of Texas, | § § § § § | |
| *Defendant.* | § | |

_____

**ORDER GRANTING THIRD PARTY THE STATE OF TEXAS'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF REGARDING ITS INTERESTS**
_____

Considering the Third Party the State of Texas's Unopposed Motion for Leave to File Brief Regarding Its Interests,

**IT IS ORDERED** that the motion is **GRANTED**.

SO ORDERED this _____ day of _____, 2019.

_____
HONORABLE KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE

1