UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-1934 |
|---|---|---|---|

| FREEDOM FROM RELIGION FOUNDATION, INC. and JOHN ROE |
|---|

*versus*

| JUDGE WAYNE MACK in his personal capacity and in his official judicial capacity on behalf of the State of Texas |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Elizabeth Cavell<br>Freedom From Religion Foundation<br>P. O. Box 750<br>Madison, Wisconsin 53701<br>(608) 230-8438, ecavell@ffrf.org<br>Wisconsin State Bar No. 1089353 |
|---|---|

| Name of party applicant seeks to appear for: | FREEDOM FROM RELIGION FOUNDATION, INC. and JOHN ROE |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/23/2019 | Signed: *Elizabeth Cavell* |
|---|---|

| The state bar reports that the applicant's status is: Active | |
|---|---|
| Dated: 10/23/2019 | Clerk's signature |

### Order

Dated: October 28, 2019

This lawyer is admitted *pro hac vice*.

_____
United States District Judge