UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-1934 |
|---|---|---|---|

| FREEDOM FROM RELIGION FOUNDATION, INC. and JOHN ROE |
|---|
| *versus* |
| JUDGE WAYNE MACK in his personal capacity and in his official judicial capacity on behalf of the State of Texas |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ayesha N. Khan<br>Rock Creek Law, LLC<br>5309 Burling Terrace<br>Bethesda, MD 20814<br>301-246-0346; khan@rockcreeklaw.com<br>DC 426836 |
|---|---|

| Name of party applicant seeks to appear for: | FREEDOM FROM RELIGION FOUNDATION, INC. and JOHN ROE |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes ____ No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 10/23/2019 | Signed: *Ayesha N. Khan* |
|---|---|

| The state bar reports that the applicant's status is: Active |   |
|---|---|
| Dated: 10/25/2019 | Clerk's signature |

### Order

Dated: October 28, 2019

**This lawyer is admitted *pro hac vice*.**

_____
United States District Judge