UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC. and JOHN ROE, | § § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-01934 |
| | § | |
| WAYNE MACK and WAYNE MACK, | § § § | |
| Defendants. | § § | |

## NOTICE OF SETTING

The parties are hereby notified that a initial pretrial and scheduling conference is set for **November 18, 2019 at 8:45 a.m.** and will be handled as a telephone conference. The parties are directed to contact the Court at the number provided in order to participate in the conference call.

Conference number: **713-250-5126**

Conference ID: **45126#**

Conference Password: **13579#**

Date: November 15, 2019                                   DAVID BRADLEY, CLERK

                                                                         By: C. Horace, Case Manager to
                                                                              Judge Kenneth M. Hoyt