IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., and JOHN ROE, § § § § § *Plaintiffs*, § § v. § § JUDGE WAYNE MACK, in his personal § capacity and in his official capacity on behalf § of the State of Texas, § § *Defendant*. § | CIVIL ACTION NO. 4:19-cv-1934 |

**ORDER ON JUDGE MACK'S MOTION TO STAY DISCOVERY
PENDING RESOLUTION OF HIS MOTION TO DISMISS**

Having considered Defendant Judge Wayne Mack's Motion to Stay Discovery Pending Resolution of His Motion to Dismiss, the Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that, with the exception of initial disclosures, all discovery in this case is stayed pending the Court's ruling on Defendant's Motion to Dismiss.

It is so ORDERED.

Signed on this _____ day of _____, 2019.

_____
Kenneth M. Hoyt
United States District Judge