UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC. and JOHN ROE, | § § § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 4:19-CV-01934 |
| WAYNE MACK and WAYNE MACK, | § § § § | |
| Defendants. | § | |

## ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
### HELD ON November 18, 2019 at 8:45 AM

Appearances:   Samuel Troxell Grover
Bennett Rawicki
Michael Dan Berry
Christopher D. Hilton

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | December 2, 2019 |
| New parties/class allegations by: | None |
| Plaintiff's experts to be designated by: | March 3, 2020 |
| Rebuttal due by: | May 2, 2020 |
| Report furnished by: | March 3, 2020 |
| Defendant's experts to be designated by: | March 3, 2020 |
| Rebuttal due by: | May 2, 2020 |
| Report furnished by: | March 3, 2020 |
| Discovery to be completed by: | June 30, 2020 |
| Dispositive motions due by: | July 20, 2020 |
| Docket call to be held at 11:30 AM on: | September 14, 2020 |
| Estimated trial time: 1 day | Bench Trial |

The following rulings were made:

Pending motions are taken under submission.

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on this 18th day of November, 2019.

_____
Kenneth M. Hoyt
United States District Judge