UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC. and JOHN ROE, | § § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-01934 |
| | § | |
| WAYNE MACK and WAYNE MACK, | § § § § | |
| Defendants. | § | |

### ORDER GRANTING THIRD PARTYY THE STATE OF TEXAS'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF REGARDING ITS INTERESTS

Considering the third-party, the State of Texas's unopposed motion for leave to file brief regarding its interests, it is, ORDERED that the motion is granted.

It is so ORDERED.

SIGNED on this 19th day of November, 2019.

_____
Kenneth M. Hoyt
United States District Judge