IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., and JOHN ROE, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:19-cv-1934 |
| JUDGE WAYNE MACK, in his personal capacity and in his official capacity on behalf of the State of Texas, | § § § § | |
| *Defendant*. | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney hereby enters his appearance in this

matter as additional counsel of record for Defendant Judge Wayne Mack in his individual capacity,

and consents to electronic service of all papers in this action.

**Bennett Rawicki**
Texas State Bar No. 24083708
S.D. Tex. Bar No. 3471399
GIBSON, DUNN & CRUTCHER, LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas  75201
Telephone: (214) 698-3322
Facsimile: (214) 571-2900
*brawicki@gibsondunn.com*

Dated:   November 21, 2019              Respectfully submitted,

*/s/ Bennett Rawicki*

|  |  |
|---|---|
| Michael D. Berry | Allyson N. Ho |
| Texas Bar No. 24085835 | *Attorney-in-Charge* |
| S.D. Tex. Bar No. 2412537 | Texas Bar No. 24033667 |
| Hiram S. Sasser III | S.D. Tex. Bar No. 1024306 |
| Texas Bar No. 24039157 | Bradley G. Hubbard |
| S.D. Tex. Bar No. 632649 | Texas State Bar No. 24094710 |

Michael D. Berry
   Texas Bar No. 24085835
   S.D. Tex. Bar No. 2412537
Hiram S. Sasser III
   Texas Bar No. 24039157
   S.D. Tex. Bar No. 632649
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, Texas  75075
Telephone:  (972) 941-4444
Facsimile:  (972) 423-6162
*mberry@firstliberty.org*
*hsasser@firstliberty.org*

Allyson N. Ho
   *Attorney-in-Charge*
   Texas Bar No. 24033667
   S.D. Tex. Bar No. 1024306
Bradley G. Hubbard
   Texas State Bar No. 24094710
   S.D. Tex. Bar No. 3450976
Bennett Rawicki
   Texas State Bar No. 24083708
   S.D. Tex. Bar No. 3471399
GIBSON, DUNN & CRUTCHER, LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas  75201
Telephone:  (214) 698-3100
Facsimile: (214) 571-2900
*aho@gibsondunn.com*
*bhubbard@gibsondunn.com*

John S. Ehrett (admitted *pro hac vice*)
   Virginia Bar No. 93486
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, NW
Washington, DC  20036
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
*jehrett@gibsondunn.com*

COUNSEL FOR DEFENDANT JUDGE WAYNE MACK
IN HIS INDIVIDUAL CAPACITY

**CERTIFICATE OF SERVICE**

I certify that, on November 21, 2019, a true and correct copy of this Notice of Appearance

was served by ECF on all counsel of record.


*/s/ Bennett Rawicki*
Bennett Rawicki