UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC. and JOHN ROE, §§§§§§ Plaintiffs, § VS. § WAYNE MACK and WAYNE MACK, §§§§§ Defendants. § | CIVIL ACTION NO. 4:19-CV-01934 |

**ORDER DENYING JUDGE MACK'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF HIS MOTION TO DISMISS**

Considering Judge Mack's Motion to Stay Discovery Pending Resolution of His Motion to Dismiss (Doc. 29), the responsive briefing, and the authorities and arguments of counsel, it is ORDERED that the motion is DENIED.

It is so ORDERED.

SIGNED on this 9th day of January, 2020.

Kenneth M. Hoyt
United States District Judge

1 / 1