United States District Court
Southern District of Texas
**ENTERED**
September 11, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC. and JOHN ROE, | § § § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-01934 |
| | § | |
| WAYNE MACK, in his personal capacity and in his official capacity on behalf of the State of Texas, | § § § § § | |
| Defendant. | § | |

## ORDER ON JOINT MOTION TO EXTEND CASE DEADLINES

Considering the parties' joint motion to extend case deadlines (Dkt. No. 54), it is

ORDERED that the motion is GRANTED.

IT IS THEREFORE ORDERED that this Court's July 6, 2020 scheduling order (ECF 53) is hereby amended, with new deadlines set as follows:

| | |
|---|---|
| Discovery to be completed by: | October 31, 2020 |
| Dispositive motions due by: | December 18, 2020 |
| Oppositions to dispositive motions due by: | January 18, 2021 |
| Replies in support of dispositive motions due by: | February 1, 2021 |
| Docket call to be held at 11:30 AM on: | April 5, 2021 |

It is so ORDERED.

SIGNED on this 11th day of September, 2020.

_____
Kenneth M. Hoyt
United States District Judge