United States District Court
Southern District of Texas
**ENTERED**
May 20, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC. and JOHN ROE, <br><br> Plaintiffs, <br> VS. <br><br> WAYNE MACK, in his personal capacity and in his official capacity on behalf of the State of Texas, <br><br> Defendant. | § § § § § § § § § § § § § § CIVIL ACTION NO. 4:19-CV-1934 |

## ORDER

Considering the plaintiffs' motion for attorneys' fees and costs and to set a briefing schedule, this Court finds that there is good cause to enter the following Order, which defers judgment on the plaintiffs' claims for attorneys' fees and costs until all issues have been fully briefed. Therefore, the Court grants the plaintiffs' request and sets a briefing schedule.

The plaintiffs shall, within 14 days of the entry of this Court's Memorandum and Order, file their brief in support of their motion to recover attorneys' fees and costs. Any responsive brief shall follow the plaintiffs' submission and be filed within 14 days of the plaintiffs' brief. No reply or other filings on the issue will be entertained.

It is so Ordered.

SIGNED on this 20th day of May, 2021.

_____
Kenneth M. Hoyt
United States District Judge