IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., and JOHN ROE, | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:19-cv-1934 |
| JUDGE WAYNE MACK, in his personal capacity and in his official capacity on behalf of the State of Texas, | § § § § § | |
| *Defendant*. | | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Judge Wayne Mack, in his individual capacity, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order Granting Plaintiffs' Motion for Summary Judgment and Denying Defendant's Motion for Summary Judgment entered in this action on May 20, 2021 (Dkt. 80), and from all other adverse orders, rulings, decrees, decisions, opinions, memoranda, conclusions, or findings preceding, leading to, merged in, subsumed in, impacting within, identified within, or included within that order, including but not limited to the Order Denying Defendant's Motion to Dismiss entered on January 13, 2020 (Dkt. 38) and the Order Denying Defendant's Motion for Reconsideration of his Motion to Dismiss entered on February 27, 2020 (Dkt. 43).

Dated: May 25, 2021

Respectfully submitted,

*/s/ Allyson N. Ho*

Michael D. Berry
   *Of Counsel*
   Texas Bar No. 24085835
   S.D. Texas Bar No. 2412537
Hiram S. Sasser III
   *Of Counsel*
   Texas Bar No. 24039157
   S.D. Texas Bar No. 632649
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, Texas 75075
Telephone: (972) 941-4444
Facsimile: (972) 423-6162
*mberry@firstliberty.org*
*hsasser@firstliberty.org*

Allyson N. Ho
   *Attorney-in-Charge*
   Texas Bar No. 24033667
   S.D. Texas Bar No. 1024306
Bradley G. Hubbard
   *Of Counsel*
   Texas Bar No. 24090174
   S.D. Texas Bar No. 3450976
Bennett Rawicki
   *Of Counsel*
   Texas Bar No. 24083708
   S.D. Texas Bar No. 3471399
Matthew Scorcio
   *Of Counsel*
   Texas Bar No. 24102476
   S.D. Texas Bar No. 3619260
Elizabeth A. Kiernan
   *Of Counsel*
   Texas Bar No. 24105666
   S.D. Tex. Bar No. 3630190
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
*aho@gibsondunn.com*
*bhubbard@gibsondunn.com*
*brawicki@gibsondunn.com*
*mscorcio@gibsondunn.com*
*ekiernan@gibsondunn.com*

COUNSEL FOR DEFENDANT JUDGE WAYNE MACK
IN HIS INDIVIDUAL CAPACITY

**CERTIFICATE OF SERVICE**

I certify that, on May 25, 2021, a true and correct copy of this document was served by ECF on all counsel of record.

/s/ Allyson N. Ho
Allyson N. Ho